## BROWN v. SHORTER, ET AL.

(Decided February 10, 1916.   71 South. 103.)

APPEAL from Walker Circuit Court.

Heard before Hon. J. J. CURTIS.

McGregor & McGregor, for appellant. Gray & Wiggins, for appellee.

Somerville, J.—The court erred in allowing proof of the value of the compressor as well as allowing proof of the value of the steel rails laid by defendant, and the cause·is reversed and remanded.

Anderson, C. J., Sayre and Gardner, JJ., concur.